In the Matter of OTIS P. JENKINS, Respondent-Appellant, v JUDY A. JENKINS, Appellant-Respondent, and PAMELA WALTON, Respondent. (And Three Other Related Proceedings.)

Submitted September 19, 2005; decided October 20, 2005

Motion by counsel for respondent-appellant for relief from the assignment denied.